# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **MASSIE REA, III,**<br>**Individually and as Trustee for The**<br>**Next of Kin of Massie Rea, Jr., Decedent,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**PFIZER INC., a Delaware Corporation;**<br>**PHARMACIA CORPORATION, a**<br>**Delaware Corporation; and G.D. SEARLE**<br>**LLC, a Delaware Corporation,**<br><br>        **Defendants.** | Case No.: 07-CV-2232-PJS/RLE<br><br><br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer"), Pharmacia Corporation ("Pharmacia"), and G.D. Searle LLC ("Searle") submit this their Corporate Disclosure Statement. Defendants Pfizer, Pharmacia and Searle state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

3. Defendant G.D. Searle LLC is a limited liability company whose sole member is Pharmacia & Upjohn Company LLC, which is a limited liability company whose sole member is Pharmacia & Upjohn LLC, which is a limited liability company whose sole member is Pharmacia Corporation.

1

Respectfully submitted,

Dated: May 29, 2007  FAEGRE & BENSON LLP


*/s/ Joseph M. Price*
Joseph M. Price, # 88201
Davina ShaRik Carson, #0351726
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
T (612) 766-7000
F (612) 766-1600

*Attorneys for Defendants Pfizer Inc.,*
*Pharmacia Corporation, and G.D. Searle LLC*

fb.us.2075157.01

2