CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-02232-PJS-RLE
### Internal Use Only

Rea v. Pfizer Inc.
Assigned to: Judge Patrick J. Schiltz
Referred to: Chief Mag. Judge Raymond L. Erickson
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 05/08/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Massie Rea, III**
*individually and as Trustee for the Next of Kin of Massie Rea, Jr. decedent*

represented by **Gale D Pearson**
Pearson, Randall & Schumacher, PA
Suite 1025 Fifth Street Towers
100 South Fifth Street
Mpls, MN 55402
612-767-7500
Fax: 612-767-7501
Email: attorneys@outtech.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J Randall**
Pearson, Randall & Schumacher, PA
Suite 1025 Fifth Street Towers
100 South Fifth Street
Mpls, MN 55402
612-767-7500
Fax: 612-767-7500
Email: attorneys@outtech.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true printed copy in 3 sheet(s)
of the electronic record filed on _____
in the United States District Court
for the District of Minnesota.
CERTIFIED: 6/19, 2007
RICHARD D. SLETTEN
BY: Emorales
Deputy Clerk

V.

### Defendant

**G. D. Searle LLC**

represented by **Davina ShaRik Carson**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7344
Fax: 612-766-1600
Email: dcarson@faegre.com

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Price**<br>Faegre & Benson LLP<br>90 S 7th St Ste 2200<br>Minneapolis, MN 55402-3901<br>612-766-7000<br>Fax: 612-766-1600<br>Email: jprice@faegre.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pfizer Inc.** | represented by | **Davina ShaRik Carson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Price**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pharmacia Corporation** | represented by | **Davina ShaRik Carson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Price**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2007 | 1 | COMPLAINT with Jury Demand against all defendants ( Filing fee $ 350 receipt number 412994.) assigned to Judge Patrick J. Schiltz per Master List referred to Magistrate Judge Raymond L. Erickson, filed by Massie Rea, III.(VEM) (Entered: 05/09/2007) |
| 05/09/2007 | 2 | SUMMONS Returned Executed by Massie Rea, III. Pfizer Inc. served on 5/9/2007, answer due 5/29/2007. (Randall, Stephen) (Entered: 05/09/2007) |
| 05/09/2007 |  | *** Copy of complaint sent to the MDL Panel (VEM) (Entered: 05/09/2007) |

| | | |
|---|---|---|
| 05/29/2007 | 3 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation, G. D. Searle LLC.(Price, Joseph) (Entered: 05/29/2007) |
| 05/29/2007 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation, G. D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 05/29/2007) |
| 05/29/2007 | 5 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation, G. D. Searle LLC re 4 Rule 7.1 - Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 05/29/2007) |
| 05/30/2007 | | *** Attorney Davina ShaRik Carson for Pfizer Inc. and Pharmacia Corporation added. (kt) (Entered: 05/30/2007) |
| 06/18/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-69) transferred to the US District Court for the Northern District of California for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Charles R. Breyer. (VEM) (Entered: 06/19/2007) |
| 06/19/2007 | 7 | LETTER from US District Court transferring the docket entries to: US District Court, Northern District of California, 450 Golden Gate Ave, PO Box 36060San Francisco, CA 94102 Attn: Rufino Santos. (VEM) (Entered: 06/19/2007) |
| 06/19/2007 | | ***Set/Clear Flags (VEM) (Entered: 06/19/2007) |